NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GERO RAFFONE,                          )
                                       )
        Appellant,                   )
                                       )
v.                                     )          Case No. 2D19-1725
                                       )
STATE OF FLORIDA,                      )
                                       )
        Appellee.                    )
_____)

Opinion filed November 27, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Susan St. John,
Judge.

Gero Raffone, pro se.


PER CURIAM.


        Affirmed.  See State v. Drawdy, 136 So. 3d 1209 (Fla. 2014); Adaway v. State, 902 So. 2d 746 (Fla. 2005); Rusaw v. State, 451 So. 2d 469 (Fla. 1984); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Carlyle v. State, 945 So. 2d 540 (Fla. 2d DCA 2006); Henry v. State, 933 So. 2d 28 (Fla. 2d DCA 2006); Coughlin v. State, 932 So. 2d 1224 (Fla. 2d DCA 2006) (en banc); Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d 1054 (Fla. 2d DCA 2002); Banaszak v. State, 579 So. 2d 867 (Fla. 2d DCA 1991); Dailey v. State, 501 So. 2d 15 (Fla. 2d DCA 1986).

VILLANTI, LUCAS, and SALARIO, JJ., Concur.